# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| JAMES LEROY HAMILTON, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:18-cv-2 |
| v. | * | |
| WARDEN EDGE, | * | |
| Respondent. | * | |

## ORDER

The Court has conducted an independent and *de novo* review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 20. Petitioner James Hamilton ("Hamilton") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS in part** and **DENIES without prejudice in part** Respondent's Motion to Dismiss, **DISMISSES as moot** Hamilton's Petition, and **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

The Court also **DENIES** Hamilton *in forma pauperis* status on appeal.

**SO ORDERED**, this 7 day of March, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)